UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THOMAS SCHMOLKE**   **CIVIL ACTION**

**VERSUS**   **NO. 10-1534**

**N. BURL CAIN, WARDEN**   **SECTION "I"(4)**

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Thomas Schmolke, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Thomas Schmolke's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of June, 2011.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**