U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 0 8 2020

CAROL L. MICHEL
CLERK

U.S. COURT OF APPEALS
RECEIVED
Oct 08, 2020
FIFTH CIRCUIT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS SCHMOLKE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 10-1534** |
| **N. BURL CAIN, Warden, La. State Pen.** | **SECTION: "I(4)"** |

## NOTICE OF APPEAL

**MAY IT PLEASE THE COURT:**

Thomas Schmolke #342286, the Petitioner herein, gives notice of his intent to appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment in the above caption matter on June 10. 2011, dismissing this case.

This notice is filed pursuant to *Fed.R.App.P. 4(a)*, which requires a notice of intent to appeal to be filed with the Court within thirty days from the date of entry of judgment appealed from.

Respectfully submitted this _____ day of _____, 20____.

Thomas Schmolke #342286
Camp D, Falcon 3
La. State Penitentiary
Angola, LA 70712-9818

## CERTIFICATE OF SERVICE

I, Thomas Schmolke #342286, hereby certify that a copy of the foregoing Notice of Appeal has been served upon the Respondent, through the District Attorney, Parish of St.Tammany, by placing same in the institution's legal mail system for depositing in the U.S. Mail, properly addressed, and with proper, first-class postage pre-paid, this _____ day of _____, 20____.

THOMAS SCHMOLKE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS SCHMOLKE            CIVIL ACTION

VERSUS            NO.: 10-1534

N. BURL CAIN, Warden, La. State Pen.            SECTION: "I(4)"

### MOTION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

**MAY IT PLEASE THE COURT:**

Thomas Schmolke #342286, Petitioner herein, respectfully asks this Honorable Court to issue a Certificate of Appealability to appeal the June 10. 2011 final judgment entered in the above caption matter. This motion is filed pursuant to *Fed.R.App.P. 22(b)*; *and*, *Else v. Johnson*, 104 F.3d 82 (5th Cir. 1997), which gives the District Court authority to issue certificate of appealability. The issues Petitioner intends to appeal are:

1. TRIAL COUNSEL WAS INEFFECTIVE ASSISTANCE OF COUNSEL BY FAILING TO INFORM PETITIONER OF HIS REPRESENTING CONFLICTING INTERESTS AND FAILING TO SUBJECT THE STATE'S CASE TO MEANINGFUL ADVERSARIAL TESTING BECAUSE OF AN ACTUAL CONFLICT OF INTEREST WITH DIVIDED LOYALTIES.

Interests of all defendants represented by same counsel were sufficiently aligned as to preclude finding of actual conflict of interest and denial of effective assistance of counsel, where all defendants were charged with theft and attempted theft.

In the instant case, the record clearly establishes that the Trial Court knew, or reasonably should have known, that this particular conflict / divided loyalties issue existed when it sentenced Ms. Currier after a plea bargain, and her co-defendant, assigned the same defense counsel, went to trial. At the very least, when Ms. Currier was called to the stand in shackles to testify against the instant Petitioner utilizing the same appointed counsel, the judge should have realized that: 1) this is conflicting defenses; 2) both co-defendants are not on trial; 3) the State clearly called her as an adverse witness; 4) they were forced to share the same attorney without

any waivers, or even warnings; and 5) the shared attorney in question would now have to place Ms. Currier in the "crucible of cross-examination," or else "pull punches."

State direct-examination of Ms. Currier:

Q. Obviously, you are in shackles. You are serving a prison term for your involvement in this case, correct?

A. Correct.

(R.p. 337).

The Trial Court could not be oblivious to the fact that this attorney was now at a cross-road; he had to go one way or the other, and one of his clients was going to be left out in the cold. Under the circumstances of this particular case, it's axiomatic. *Cuyler v. Sullivan*, 446 U.S. 335, 100 S.Ct. 1708 (1980).

Even though the Antiterrorism and Effective Death Penalty Act (AEDPA) requires the federal courts to show more deference to state court decisions than they would in a de novo review, this cannot be interpreted to mean that an "objectively unreasonable" application of federal law should be allowed to stand. 28 U.S.C.A. § 2254. *Gardner v. Johnson*, 247 F. 3d 551 (5th Cir. Tex 4/4/01).

In this case, the state Court's misapplied *Cuyler v. Sullivan*, supra., where the petitioner shows their was an actual conflict existed, on the record, Mr. Talley's representing conflicting interests simultaneously, as well as conducting an astonishingly brief cross-examination which utterly fails to confront Ms. Currier in any way beneficial to Petitioner at his trial.-

In determining whether to grant a COA, circuit court's inquiry is limited to a threshold examination that requires an overview of the claims in the habeas petition and a general assessment of their merits. A full consideration of the merits is not required, nor permitted, by § 2253(c)(2). The fact that a COA should issue does not mean the petitioner will be entitled to ultimate relief, rather the question is the debatability of the underlying constitutional claim, not the resolution of that debate. Accordingly, the this honorable court must be mindful that a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case had received full consideration, that petitioner will not prevail. At the COA stage, this honorable court does not apply the deferential AEDPA standard of review to examine the merits of the habeas petition. Its immediate task is to determine, not the ultimate merits of petitioner's claims, but only whether petitioner has demonstrated that jurists of reason could disagree with this court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further. **Smith v. Dretke**, 417 F.3d 438 (5th Cir. 2005). *See also*, **Cardenas v. Dretke**, 405 F.3d 244 (5th Cir. 03/29/05).

2. TRIAL COUNSEL AND APPELLATE COUNSEL WERE INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILING TO PROPERLY ARGUE THE SUFFICIENCY OF EVIDENCE AT TRIAL AND ON APPEAL.

3. THE PETITIONER'S CONVICTIONS AND SENTENCES FOR THEFT OVER $500.00 AND ATTEMPTED THEFT OVER $500.00 VIOLATED THE UNITED STATES FIFTH AMENDMENT'S DOUBLE JEOPARDY PROVISIONS. TRIAL COUNSEL WAS INEFFECTIVE ASSISTANCE OF COUNSEL FOR ALLOWING A DOUBLE JEOPARDY TRIAL.

4A. THE FILING OF A MULTIPLE BILL OF INFORMATION FOR THE IMPOSITION OF A MANDATORY LIFE SENTENCE VIOLATED U.S. CONSTITUTIONAL AMENDMENTS 5 AND 14 DUE PROCESS, AND THE LOUISIANA CONSTITUTION ART. I, §§ 2 AND 15, WHICH REQUIRES DUE PROCESS AND A GRAND JURY INDICTMENT WHEN A LIFE SENTENCE MAY RESULT.

4B. LSA-R.S. 15:529.1 UNCONSTITUTIONALLY ALLOWS THE ENHANCEMENT OF A SENTENCE ON FINDINGS OF FACT THAT ARE NOT MADE BY A JURY.

**WHEREFORE**, Petitioner respectfully prays that this Honorable court issue the requested certificate of appealability in the above caption matter.

Respectfully submitted this _____ day of _____, 20___.

Thomas Schmolke #342286
Camp D, Falcon 3
La. State Penitentiary
Angola, LA 70712-9818

### CERTIFICATE OF SERVICE

I, Thomas Schmolke #342286, hereby certify that a copy of the foregoing motion for Certificate of Appealability has been served upon the Respondent, through the District Attorney, Parish of St. Tammany, by placing same in the institution's legal mail system for depositing in the U.S. Mail, properly addressed, and with proper, first-class postage pre-paid, this _____ day of _____, 20___.

THOMAS SCHMOLKE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS SCHMOLKE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 10-1534** |
| **N. BURL CAIN, Warden, La. State Pen.** | **SECTION: "I(4)"** |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[ ] a certificate of appealability for an appeal is hereby DENIED.

REASONS FOR DENIAL:

Date: _____

United States District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS SCHMOLKE                              CIVIL ACTION

VERSUS                                       NO.: 10-1534

N. BURL CAIN, Warden, La. State Pen.         SECTION: "I(4)"

## MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas Schmolke #342286, Petitioner/Appellant in the above-cited case and submits his **Motion To Proceed In Forma Pauperis**. In support thereof Appellant would show the following:

On or about June 14, 2011, Appellant received the final judgment in the above-styled cause. It was the judgment of the court to deny the Writ of Habeas Corpus.

Appellant was declared a pauperis person by the District Court and appellant was allowed to proceed in forma pauperis, during the course of his Petition for Writ of Habeas Corpus. Appellant remains an indigent person without any funds to pay the costs which may incur from filing his appeal. Therefore, Appellant moves the court for permission to proceed In Forma Pauperis on appeal in this matter.

Respectfully submitted on this _____ day of _____, 20___.


                                             THOMAS SCHMOLKE

## AFFIDAVIT TO ACCOMPANY MOTION FOR
## LEAVE TO APPEAL IN FORMA PAUPERIS

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS SCHMOLKE | CIVIL ACTION |
| VERSUS | NO.: 10-1534 |
| N. BURL CAIN, Warden, La. State Pen. | SECTION: "I(4)" |

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Thomas Schmolke #342286, being first duly sworn, depose and say that I am the Petitioner/Appellant, in the above entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

**See Motion For Certificate of Appealability Attached**

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1. Are you presently employed? YES ( ) NO (X)

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.
   **Not in work force.**

2.   Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? YES( ) NO(X)

a.   If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

3.   Do you own any cash or checking or savings account? YES(X) NO( )

a.   If the answer is yes, state the total value of the items owned.
**See Certificate of Accounts herein attached.**

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property(excluding ordinary household furnishings and clothing)? YES( ) NO(X)

a.   If the answer is yes, describe the property and state its approximate value.

5.   List the persons who are dependent upon you for support and state your relationship to those persons.
   **None.**

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

THOMAS SCHMOLKE

Subscribed and Sworn to before me this _____ day of _____, 20___.

Ex-Officio Notary

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS SCHMOLKE           CIVIL ACTION

VERSUS                    NO.: 10-1534

N. BURL CAIN, Warden, La. State Pen.   SECTION: "I(4)"

## ORDER

Considering the foregoing application and affidavit, IT IS ORDERED that:

[ ] the party appealing is entitled to proceed in forma pauperis.

[ ] the party appealing is not entitled to proceed in forma pauperis for the listed reasons:

Done this _____ day of _____, 20___.

_____
UNITED STATE DISTRICT COURT
JUDGE

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, **Thomas Schmolke #342286**, has a present inmate account balance of $ _____ at the **Louisiana State Penitentiary**. I further certify that the average monthly deposits for the preceding six months is $ _____.

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ _____.

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*


Date Certified                                      Authorized Officer of Institution

Thomas Schmolke #342286
Camp D, Falcon 3
La. State Penitentiary
Angola, LA 70712-9818

_____
(Date)

U.S. COURT OF APPEALS
RECEIVED
OCT 08 2020
FIFTH CIRCUIT

Clerk of Court, U.S. District Court,
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: <u>THOMAS SCHMOLKE v. N. Burl Cain, Warden Civil No. 10-1534</u>.

Dear Clerk:

Please find enclosed my pro se Notice of Intent to Appeal that I respectfully ask that you please file into the docket of the above referenced civil matter for judicial consideration and disposition.

Your time and cooperation in this matter is, in advance, greatly appreciated and anxiously anticipated.

Respectfully,


_____
THOMAS SCHMOLKE

T.S./sdg#341380

Enclosures

Cc: District Attorney, St.Tammany Parish.

To: Hon Lyle W. Cayce  
Clerk of The United States Court  
of Appeals For The Fifth Circuit

September 10, 2020


U.S. COURT OF APPEALS RECEIVED OCT 08 2020 FIFTH CIRCUIT

Hon Cayce:

I, Thomas Schmolke No. 11-30625, USDC No. 2:10-CV-1534, is writing to your office this petition for several reasons: I have a copy from your office sign by Mrs. Sabrine B. Short, Deputy Clerk July 18, 2011 giving me a notice about my court fee and instruction on which Federal rules to proceed on.

I file my In Form Pauperis, through Legal Program in Louisiana State Penitentiary in Angola, La 70712, I have 2 copies of my filing fee sent to your office highlighted.

On August 8, 2011, I received a copy of a notice dismissing my appeal through 5th Cir R. 42.3 for failing to timely pay docketing fee.

As I spoke about the 2 copies, you can see I actually sent my fee to your office.

Then I received another notice "memorandum" on April 19, 2012 from your office treating my motion to reconsider as a motion to reinstate appeal, which was denied.

Hon. Cayce, I understand the rules I must follow, but I'm humbly asking your office to reopen my issue since I can prove I paid my filing fee and ask the court to reconsider my appeal through In Forma Pauperis, since I don't know the law but humbly ask this Court for a chance to be reviewed.

Thank you  
Thomas Schmolke #342286 [No. 11-30625]  
Camp-D - Eagle - 3  
Louisiana State Prison  
Angola, La 70712

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 18, 2011

#342286
Mr. Thomas Schmolke
Louisiana State Penitentiary
General Delivery
Angola, LA 70712-0000

    No. 11-30625, Thomas Schmolke v. Burl Cain
    USDC No. 2:10-CV-1534

Dear Appellant:

We have docketed your appeal. You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or motion filed under the FED. R. APP. P. in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

**Court Fees**

You must pay a filing fee for your notice of appeal unless the district court has entered an order exempting you from paying the fee under FED. R. APP. P. 24. The $450.00 Court of Appeals docketing fee and the $5.00 district court fee are due within 15 days from this date. Both fees must be paid to the clerk of the district court, but you must notify us when you pay the fees. If you do not pay both fees, or file a motion with the district court for leave to appeal **In Forma Pauperis** under FED. R. APP. P. 24, we will dismiss your appeal without further notice, see 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817

cc: Ms. Kathryn W. Landry

```
line▲ 1      fmt▲ 0  rl▲ -        shft▲       hld chrs▲     hld ln▲      ▲ RESULT
.DATE
                DEPARTMENT OF CORRECTIONS - WITHDRAWAL REQUEST PF30              F000652
* LSP   .REQUEST   .TY.REFER  .P                                 .POST    .CHECK
*NUMBER.AMOUNT     .PE.NUMBR         VENDOR NAME                 .DATE    .NUMBR
*======.=========.==.=======.=.===============.=.===.======.======
 342286      87.23 74 (       N INDIAN JEWELERS & MFG CO        .  .22 NSF
 342286     103.40 74 0401SP  N GRIZZLY                         1.  .2 NSF
 342286     318.50 74 0401SP  N RIO GRANDE TOOLS & EQUIP          110222 NSF
 342286     178.12 74 0551SP  P RIO GRANDE TOOLS & EQUIP          110428 208924
 342286      58.00 74 0383SP  P CROSS CREEK                       110715 215321
 342286      65.00 74 0551SP  P MCMASTER CARR                     110727 216491
 342286     107.79 74 0587SP  P PAT'S HOME CENTER                 110729 216607
 342286       5.00 74 0903SP  P US CLERK OF COURT                 110823 219079
 342286       5.00 73 0936ic  P CAMP D SOC                        110824 219112
 342286     118.06 74 0249sp  P MCMASTER CARR                     110914 220805
 342286      12.00 73 0210ic  P LEADERSHIP BUILDERS               111102 226183
 342286     129.80 74 0619sp  P GRIZZLY                           111121 229320
 342286     158.19 74 0619sp  P INDIAN JEWELERS                   111121 229321
 342286     176.65 74 0619sp  P RIO GRANDE                        111121 229322
                          ..... END REPORT .....
```

4624

STATE OF LOUISIANA
DEPARTMENT OF CORRECTIONS
*** STATEMENT ***

PAGE    1
DATE 09/01/11

SCHMOLKE                     THOMAS                                  LSP NO: 342286
LOUISIANA STATE PENITENTIARY   D FAL 4   J                           FALCON 4 CAMP D
144 FAL 4

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | WITHDRAW | DRAWINGS DEPOSIT | WITHDRAW | RESERVE DEPOSIT | WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | | 24.61 | | 5.90 | | 0.00 | |
| NCENTIVE PAY | | 0p6JIP | 07/31/11 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 |
| NCENTIVE PAY | | 0P6JIP | 08/07/11 | 0.28 | 0.00 | 0.28 | 0.00 | 0.00 | 0.00 |
| GREEN 58 | | 0705DP | 08/08/11 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| SPOSTAGE | | 0H59AE | 08/12/11 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 | 0.00 |
| NCENTIVE PAY | | 0p6JIP | 08/14/11 | 0.35 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 |
| illy carmon 58 | | 0801dp | 08/15/11 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 |
| cage 58 | | 0801dp | 08/15/11 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 |
| ISCELLANEOUS DEPOSIT | | 0801dp | 08/15/11 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 |
| NCENTIVE PAY | | 0p6JIP | 08/21/11 | 0.35 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 |
| spann 58 | | 0885dp | 08/22/11 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 |
| S CLERK OF COURT | 219079 | 0903SP | 08/23/11 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| AMP D SOC | 219112 | 0936ic | 08/24/11 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| ANTEEN SALES | | D664560 | 08/26/11 | 0.00 | 0.00 | 0.00 | 17.89 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 08/28/11 | 25.81 | | 33.77 | | 0.00 | |

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 11-30625

THOMAS SCHMOLKE,

    Petitioner - Appellant

v.

BURL CAIN, Warden,

    Respondent - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of August 8, 2011, for want of prosecution. The appellant failed to timely pay docketing fee.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    *Sabrina Hains*
    By: _____
    Sabrina M. Hains, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 08, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30625, Thomas Schmolke v. Burl Cain
    USDC No. 2:10-CV-1534

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: /s/ Sabrina Hains
            Sabrina M. Hains, Deputy Clerk
            504-310-7695

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 19, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 11-30625   Thomas Schmolke v. Burl Cain  
      USDC No. 2:10-CV-1534

The court has taken the following action in this case:

Appellant's "Motion to Reconsider" treated as a motion to reinstate appeal is hereby DENIED.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By:_____  
                          Donna L. Mendez, Deputy Clerk  
                          504-310-7677

Ms. Kathryn W. Landry  
Mr. Thomas Schmolke



Mr. Thomas Schmolke #342286
Camp-D Eagle-3
Louisiana State Penitentiary
General Delivery
Angola, LA 70712-0000

United States Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130