UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS SCHMOLKE                                                        CIVIL ACTION

VERSUS                                                                         No. 10-1534

N. BURL CAIN                                                                  SECTION I

## ORDER

Considering respondent N. Burl Cain's ("Cain") motion[1] to substitute counsel of record,

**IT IS ORDERED** that the motion is **GRANTED**. Assistant District Attorney Matthew Caplan will be **ENROLLED** as counsel of record for Cain in connection with the above-captioned matter.

**IT IS FURTHER ORDERED** that Kathryn W. Landry is **WITHDRAWN** as counsel for Cain in connection with the above-captioned matter.

New Orleans, Louisiana, November 5, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 23.